## Hartman, Appellant, *v.* Hartman, Appellant.

Argued November 13, 1969. *F. Peter Dixon,* with him *L. Pat McGrath,* for appellant; *George E. Fowkes,* with him *David O'Hanesian,* and *Forsyth, Fowkes & O'Hanesian,* for appellee.

OPINION PER CURIAM: Order affirmed in Appeal No. 246.

In Appeal No. 247, the order is affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WRIGHT, P. J., dissents.